UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SONG CHEN,                                   :
                                             :
                Plaintiff,              :    **ECF CASE**
                                             :
    v.                                       :
                                             :    07 Civ. 7232 (VM)
ALBERTO R. GONZALES, et al.                  :
                                             :
                Defendants.             :    <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         September 6, 2007

                                                                Respectfully submitted,

                                                               MICHAEL J. GARCIA
                                                               United States Attorney for the
                                                               Southern District of New York

                                       By:    /s/_____
                                                               WENDY H. WASZMER
                                                               Assistant United States Attorney
                                                               86 Chambers Street, 3rd Floor
                                                               New York, New York 10007
                                                               Telephone: (212) 637-2729
                                                               Facsimile: (212) 637-2717
                                                               Email: wendy.waszmer@usdoj.gov

To:    Romben Aquino, Esq.
        100 Lafayette Street, Suite 201
        New York, NY 10013