AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Song Chen

V.

A. GONZALES, M. CHERTOFF, E. GONZALEZ,
A. QUARANTILLO, R. MUELLER, U.S.C.I.S.,
AND F.B.I.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 7232

JUDGE MARRERO

TO: (Name and address of Defendant)

OFFICE OF GENERAL COUNSEL
U.S. DEPARTMENT OF HOMELAND SECURITY
WASHINGTON, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROMBEN AQUINO
FERRO & CUCCIA
100 LAFAYETTE STREET, SUITE 201
NEW YORK, NY 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 1 4 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/14/07 |
| NAME OF SERVER (PRINT) Jose Jimenez | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
By placing contents in an envelope, postage prepaid, certified mail, return receipt requested, addressed to the name and address indicated on reverse and depositing same in U.S. Postal Service mailbox

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/14/07
                    Date                     Signature of Server

Ferro & Cuccia - Attorneys at Law
100 Lafayette Street - Ste. 201
New York, NY 10013
212-966-7775
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  NEW YORK

Song Chen

V.

A. GONZALES, M. CHERTOFF, E. GONZALEZ, A. QUARANTILLO, R. MUELLER, U.S.C.I.S., AND F.B.I.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7232**

**JUDGE MARRERO**

TO: (Name and address of Defendant)

FEDERAL BUREAU OF INVESTIGATION
OFFICE OF GENERAL COUNSEL
935 PENNSYLVANIA AVENUE, NW, ROOM 7427
WASHINGTON, DC 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROMBEN AQUINO
FERRO & CUCCIA
100 LAFAYETTE STREET, SUITE 201
NEW YORK, NY 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                           AUG 1 4 2007

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/14/07 |
| NAME OF SERVER (PRINT) Jose Jimenez | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   By placing contents in an envelope, postage prepaid, certified mail, return receipt requested, addressed to the name and address indicated on reverse and depositing same in U.S. Postal Service mailbox

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/07
              Date                    Signature of Server

                                      Ferro & Cuccia - Attorneys at Law
                                      100 Lafayette Street - Ste. 201
                                      New York, NY 10013
                                      212-966-7775
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Sang Chen

V.
A. GONZALES, M. CHERTOFF, E. GONZALEZ,
A. QUARANTILLO, R. MUELLER, U.S.C.I.S.,
AND F.B.I.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7232**

JUDGE MARRERO

TO: (Name and address of Defendant)

ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20531-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROMBEN AQUINO
FERRO & CUCCIA
100 LAFAYETTE STREET, SUITE 201
NEW YORK, NY 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    AUG 1 4 2007

CLERK  /s/ Marios Quintero                            DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/14/07 |
| NAME OF SERVER (PRINT) Jose Jimenez | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
  By placing contents in an envelope, postage prepaid, certified mail, return receipt requested, addressed to the name and address indicated on reverse and depositing same in U.S. Postal Service mailbox

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/07
           Date              Signature of Server

Festro & Cuccia - Attorneys at Law
100 Lafayette Street - Ste. 201
New York, NY 10013
212-966-7775
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK

Song Chen

V.

A. GONZALES, M. CHERTOFF, E. GONZALEZ,
A.QUARANTILLO, R. MUELLER, U.S.C.I.S.,
AND F.B.I.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 7232

JUDGE MARRERO

TO: (Name and address of Defendant)

CIVIL PROCESS CLERK
U.S. ATTORNEY'S OFFICE - SDNY
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROMBEN AQUINO
FERRO & CUCCIA
100 LAFAYETTE STREET, SUITE 201
NEW YORK, NY 10013

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 1 4 2007

J. MICHAEL McMAHON

CLERK _Marios Quintero_    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/14/07 |
| NAME OF SERVER (PRINT) Jose Jimenez | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
By placing contents in an envelope, postage prepaid, certified mail, return receipt requested, addressed to the name and address indicated on reverse and depositing same in U.S. Postal Service mailbox

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/07
                    Date                        Signature of Server

Ferro & Cuccia - Attorneys at Law
100 Lafayette Street - Ste. 201
New York, NY 10013
212-966-7775
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.