UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Song Chen,

      Plaintiff,

vs.

Alberto Gonzales, United States Attorney
General, et al.

      Defendants.
-------------------------------------------------------X

07-CV-7232
(VM)(KNF)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff seeks to voluntarily dismiss the above-captioned action. As of this date, Plaintiff has not been served with an answer or motion for summary judgment.

Dated: October 22, 2007
      New York, New York

BY:
Respectfully submitted,
FERRO & CUCCIA

/s/ Romben Aquino

Romben Aquino (RA 0514)
Attorney at Law
100 Lafayette Street, Suite 201
New York, NY 10013
212-966-7775

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, the Notice of Voluntary Dismissal was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Local Rules on Electronic Service upon the following parties and participants:

Wendy Waszmer, Esq.
United States Attorney's Office - SDNY
86 Chambers Street
New York, NY  10007

/s/ Romben Aquino
_____
Romben Aquino (RA0514)